IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  07-cv-00765--RPM

KIMBERLY HAMILTON, individually and as personal representative of the
ESTATE OF KEITH HAMILTON,

        Plaintiff,

vs.

ARDEN C. MCBRIDE and
TRIPLE S. TRUCKING COMPANY, INC.,

        Defendants.

_____

### ORDER SETTING SCHEDULING CONFERENCE

_____

        Pursuant to D.C.COLO.LCivR 16, it is

        ORDERED that a scheduling conference will be held on **June 4, 2007, at 2:00 p.m.**

in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th

and Stout Streets, Denver, Colorado.  Counsel are directed to comply with the Instructions

for Preparation of Scheduling Order which may be found at

**http://www.cod.uscourts.gov/judges frame.htm** (Judge Richard P. Matsch Procedures)

and use the format provided with those instructions.  The proposed order, original and one

copy, on paper, shall be submitted directly to chambers by **May 31, 2007.**

        Dated: April 18th, 2007

                        BY THE COURT:

                        s/ Richard P. Matsch

                        _____

                        Richard P. Matsch, Senior District Judge

Dockets.Justia.com