IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00765-RPM

KIMBERLY HAMILTON, individually and as personal representative of the
ESTATE OF KEITH HAMILTON,,

        Plaintiff,

v.

ARDEN C. McBRIDE and
TRIPLE S. TRUCKING COMPANY, INC.,

        Defendants.

_____

ORDER DENYING MOTION TO QUASH DEPOSITION NOTICE FOR ARDEN C.
McBRIDE AND MOTION FOR PROTECTIVE ORDER
_____

        On July 15, 2007, the defendant Arden C. McBride filed a motion for an order quashing notice of his deposition scheduled for July 18, 2007, and for a protective order preventing his deposition before final adjudication of pending criminal charges. The motion is based on the concern with respect to Mr. McBride's Fifth Amendment privilege. That privilege may be invoked with respect to particular questions asked during the course of deposition but it does not preclude the taking of the deposition. It is therefore

        ORDERED that the motion (Doc. #24) is denied and the deposition shall proceed as scheduled on July 18, 2007.

        DATED: July 16th, 2007

                                  BY THE COURT:

                                  s/Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior Judge