**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:             August 10, 2007
Courtroom Deputy: J. Chris Smith
FTR Technician:   Kathy Terasaki

_____

Civil Action No. 07-cv-00765-RPM

KIMBERLEE HAMILTON, individually and
as the personal representative of the
ESTATE OF KEITH HILTON,                                James A. Casey

     Plaintiff,

v.

ARDEN C. MCBRIDE and                                   Henry Keith Jarvis
TRIPLE S. TRUCKING COMPANY, INC.,                      Toby Morrow

     Defendants.
_____

## COURTROOM MINUTES
_____

**Motions Hearing**

**1:59 p.m.**     **Court in session.**

Court's preliminary remarks.

2:01 p.m.     Argument by Mr. Casey.

2:06 p.m.     Argument by Mr. Morrow.

2:08 p.m.     Rebuttal argument by Mr. Casey.

2:10 p.m.     Further argument by Mr. Morrow.

**ORDERED:**    **Defendant Arden C. McBride's Motion to Quash Subpoenas Duces Tecum Served Upon Mesa Occupational & Sports Medicine and Joseph Thompson and Motion for Protective Order, filed July 15, 2007 [25], is denied with respect to the Motion to Quash and granted with respect to the Motion for Protective Order to the extent of limited disclosure.
Counsel shall prepare and submit a proposed order.**

**2:14 p.m.**     **Court in recess.**

Hearing concluded.     Total time: 15 min.