IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 1 6 2007

GREGORY C. LANGHAM
CLERK

KIMBERLY HAMILTON, Individually and )
As Personal Representative of the )
ESTATE OF KEITH HAMILTON )
)
)           Civil Action No.
)           07-CV-000765-RPM-MJW
Plaintiffs, )
)
v. )
)
ARDEN C. MCBRIDE and )
TRIPLE S TRUCKING COMPANY, INC. )
)
Defendants. )

**ORDER DENYING DEFENDANT MCBRIDE'S MOTION TO
QUASH SUBPOENAS DUCES TECUM SERVED UPON MESA
OCCUPATIONAL & SPORTS MEDICINE AND JOSEPH THOMPSON
AND GRANTING MOTION FOR PROTECTIVE ORDER EXCEPT TO
THE EXTENT OF LIMITED DISCLOSURE**

This matter having come before the Court upon Defendant McBride's Motion to Quash Subpoena Duces Tecums of Joseph Thompson and Mesa Occupational and Sports Medicine and Motion for Protective Order, and the Court having considered the briefs and having heard argument, it is hereby

ORDERED that Defendant McBride's Motion to Quash Subpoena Duces Tecums of Joseph Thompson and Mesa Occupational and Sports Medicine is DENIED. It is further

ORDERED that Defendant McBride's Motion for Protective Order is GRANTED except to the extent of the limited disclosure ordered below. Defendant McBride shall produce or execute a written release authorizing the production of all documents and

tangible things relating to the alcohol and drug testing for which he submitted on January 5, 2007, including, but not necessarily limited to a legible copy of his alcohol testing results; a copy of his positive drug test result with specific marijuana metabolite count, if such document exists; any related notes or memoranda; and any additional testing records of McBride from Mesa Occupational & Sports Medicine. This Order shall not include the subsequent records from Mesa Occupational & Sports Medicine dated January 8, 15 and 27, 2007, identified in McBride's Supplemental Rule 26 Disclosures Privilege Log, to the extent such records relate to treatment and not to testing for drug or alcohol use or abuse. It is further

ORDERED that Defendant McBride shall produce or execute a written release authorizing the production of all documents and tangible things relating to the substance abuse assessment conducted by Joe Thompson on January 12, 2007, including, but not necessarily limited to the each of the underlying battery of tests reference in Thompson's letter of January 15, 2007, to Defendant Triple S, resulting in a diagnosis of Cannabis Dependence, i.e. the screening instruments, the ASI, the SASSI-3 and the Beck's Depression Inventory-II and any related notes or memoranda of Mr. Thompson relating to the assessment performed on January 12, 2007. This Order shall not include the subsequent records, if any, from Bonham & Associates to whom McBride was referred for drug counseling by Mr. Thompson or to any notes or memoranda of Bonham & Associates. It is further

ORDERED pursuant to 42 U.S.C. 290dd-2 (a)(1)(C) that Mesa Occupational & Sports Medicine and Joseph Thompson and White Eagle Counseling are permitted to

disclose to and to provide copies of the documents referenced above to counsel for the Plaintiffs and Defendants herein. It is further

ORDERED that all documents and tangible things produced pursuant to this order shall be protected from unauthorized disclosure. The parties shall take all necessary precautions to prevent intentional or inadvertent disclosure of the protected records to the public at large or to persons who are not a party to this action. Plaintiff and Defendant Triple S may only disclose the records protected by this order to one another, the Court and to each of their retained experts. Upon disclosure to the retained experts each shall acknowledge in writing the obligation to prevent the unauthorized disclosure of the records and shall agree to return or destroy the records at the completion of his retention. It is further

ORDERED that upon conclusion of this litigation, all copies of the protected records shall be returned to Counsel for Defendant McBride or destroyed. Upon request of Defendant McBride's counsel, counsel for Plaintiffs and Defendant Triple S shall certify that all copies of the protected records, whether held by the parties, their attorneys, or their retained experts, have been returned or destroyed in compliance with this order.

Date August 16, 2007

By the Court:

Judge, United States District Court