IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  07-cv-00765-RPM-DLW

KIMBERLEE HAMILTON, individually and as the personal representative of the
ESTATE OF KEITH HAMILTON,

       Plaintiff,

v.

ARDEN C. McBRIDE and
TRIPLE S. TRUCKING COMPANY, INC.,

       Defendants.

_____

### ORDER OF DISMISSAL
_____

Upon consideration of plaintiff's Motion for Dismissal with Prejudice [55] filed on October 16, 2007, it is

ORDERED that this action is dismissed with prejudice.

DATED: October 17th, 2007.

       BY THE COURT:

       s/Richard P. Matsch
       _____
       Richard P. Matsch, Senior District Judge